**Commonwealth *v.* Robinson, Appellant.**

Before GUERIN, P. J.

Submitted March 20, 1969. *Eugene H. Clarke, Jr.,* for appellant; *Benjamin H. Levintow* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

**Commonwealth *v.* Rought, Appellant.**

Before KURTZ, JR., J.

Submitted March 17, 1969. *Robert W. Lentz,* with him *Lentz, Riley, Cantor, Kilgore & Massey,* for appellant; *William Butler, IV,* Assistant District Attorney, and *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Order affirmed.

**Commonwealth *v.* Samuels, Appellant.**

Before BRADLEY, J.

Submitted March 19, 1969. *David Freeman,* for appellant; *Fortunata Giudice* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.